COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Mark Steven Rascoe v. The State of Texas

Appellate case number:     01-12-01175-CR

Trial court case number:     1834994

Trial court:     County Criminal Court at Law No. 10 of Harris County

This case was abated and remanded to the trial court on April 10, 2014. In the abatement order, we directed the trial court to determine whether appellant wished to pursue the appeal, and if so, whether or not appellant's counsel, Michael S. Driver, intended to abandon the appeal. The trial court held a hearing on our abatement order on May 19, 2014. The court reporter has filed a reporter's record showing that appellant intended to pursue the appeal and appellant's counsel did not abandon the appeal. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Terry Jennings

☒ Acting individually     ☐ Acting for the Court


Date:  August 19, 2014